# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

────────

No. 16-20118
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 18, 2016

Lyle W. Cayce
Clerk

────────

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERNESTO PALACIOS-MARTINEZ, also known as Ernesto Martinez Palacios, also known as Ernesto Palacios, also known as Ernesto Palacios Martinez, also known as Ernesto Martinez,

Defendant-Appellant

────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-525-1

────────────────

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ernesto Palacios-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Palacios-Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

────────────

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20118

therein, as well as Palacios-Martinez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.